## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MICHAEL MCGILL                                                                                              PLAINTIFF

v.                                             NO. 3:13CV00181 JLH/JTR

MATT HALL, Jail Administrator,
Crittenden County Jail, *et al.*                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice.

The Court certifies that an *in forma* pauperis appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE